Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23278−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fordyce Hubbard Jr.                              Lois Hubbard
   282 Prescott Terrace                            282 Prescott Terrace
   Prospect Park, NJ 07508                    Prospect Park, NJ 07508

Social Security No.:
   xxx−xx−2964                                    xxx−xx−6813

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                  9/4/19
Time:                 08:30 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 26, 2019
JAN: smz

                                                          Jeanne Naughton
                                                          Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-23278-RG
Fordyce Hubbard, Jr.                                                    Chapter 13
Lois Hubbard
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2                  Date Rcvd: Jul 26, 2019
                               Form ID: 132                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db/jdb         +Fordyce Hubbard, Jr.,    Lois Hubbard,    282 Prescott Terrace,    Prospect Park, NJ 07508-2227
cr             +AIS Portfolio Services, LP Attn: BMW Bank of North,    4515 N Santa Fe Ave., Dept APS,
                 Oklahoma City, OK 73118-7901
518340869      +AMITY FUNDING,,    C/O ZENRESOLVE,,    4720 E. COTTON GIN LOOP,    PHOENIX, AZ 85040-4823
518340871      +BMW FINANCIAL SERVICES,    C/O FIRST SOURCE ADVANTAGE,    PO BOX 628,    BUFFALO, NY 14240-0628
518340881       MACY'S,   PO BOX 8218,    Monroe, OH 45050
518340884      +PSE&G,   PO BOX 14444,    New Brunswick, NJ 08906-4444
518340885      +QUICKEN LOANS,    C/O PHELAN HALLINAN DIAMOND AND JONE,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
518340886      +STATE OF NEW JERSEY,    DEPARTMENT OF TREASURY,    PIONEER CREDIT RECOVERY,    PO BOX 1018,
                 MOORESTOWN, NJ 08057-0018
518340889      +SYNCHRONY BANK,    C/O MIDLAND FUNDING LLC,    320 EAST BIG BEAVER,    TROY, MI 48083-1238
518340888      +SYNCHRONY BANK,    C/O MIDLAND CREDIT MANAGEMENT,    PO BOX 51319,    LOS ANGELES, CA 90051-5619
518340890      +TARGET,   PO BOX 1470,    Minneapolis, MN 55440-1470
518340891      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   TOYOTA MOTOR CREDIT CORP,    5005 N. RIVER BLVD NE,
                 CEDAR RAPIDS, IA    52411)
518340892      +VERIZON,   C/O PROFESSIONAL BUREAU,    5295 DTC PARKWAY,    ENGLEWOOD, CO 80111-2752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 01:15:55
                 AIS Portfolio Services, LP Attn: BMW Financial Ser,    4515 N Santa F Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2019 01:16:35
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518340870      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 27 2019 01:09:51     AT&T,
                 C/O DIVERSIFIED CONSULTANTS,    PO BOX 551268,   Jacksonville, FL 32255-1268
518371596       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 27 2019 01:15:11
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
518348574      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2019 01:16:42
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518340872      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2019 01:15:53     CAPITAL ONE,
                 PO BOX 71083,   Charlotte, NC 28272-1083
518340873      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 27 2019 01:15:06     CAPITAL ONE BANK,
                 PO BOX 30281,   Salt Lake City, UT 84130-0281
518340874      +E-mail/Text: bankruptcydept@wyn.com Jul 27 2019 01:09:46     CLUB WYNDHAM,    PO BOX 340090,
                 Boston, MA 02241-0490
518340875      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 01:15:57     COMENITY BANK,
                 C/O PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
518340876      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2019 01:15:10     COMMENITY BANK,
                 C/O PORTFOLIO RECOVERY,    120 CORPORATE BLVD SUITE 100,    NORFOLK, VA 23502-4952
518340877      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 27 2019 01:16:00     CREDIT ONE BANK,
                 PO BOX 98872,   Las Vegas, NV 89193-8872
518356205      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2019 01:15:32
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518340878      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 27 2019 01:10:05     GEICO,    C/O CCS,
                 PO BOX 55126,   Boston, MA 02205-5126
518340879      +E-mail/Text: bncnotices@becket-lee.com Jul 27 2019 01:08:16     KOHL,    PO BOX 3115,
                 Milwaukee, WI 53201-3115
518340880      +E-mail/Text: bncnotices@becket-lee.com Jul 27 2019 01:08:17     KOHLS,    PO BOX 3115,
                 Milwaukee,   WI 53201-3115
518340882      +E-mail/Text: bkrpt@retrievalmasters.com Jul 27 2019 01:09:05     NEW JERSEY E-ZPASS,    C/O RMCB,
                 PO BOX 1235,   Elmsford, NY 10523-0935
518340883      +E-mail/Text: bnc@nordstrom.com Jul 27 2019 01:08:25     NORDSTROM,    13531 E. CALEY AVE,
                 Englewood, CO 80111-6505
518340887      +E-mail/Text: bankruptcy@sccompanies.com Jul 27 2019 01:10:18     SWISS COLONY,    1515 S. 21ST,
                 Clinton, IA 52732-6676
518342517      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2019 01:16:37     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2019
                             Form ID: 132             Total Noticed: 34

518348575*      +BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
```
              David J. Finkler    on behalf of Debtor Fordyce  Hubbard, Jr. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Joint Debtor Lois  Hubbard DFinkler.LawDJF@verizon.net
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```