Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−23278−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fordyce Hubbard Jr.<br>282 Prescott Terrace<br>Prospect Park, NJ 07508 | Lois Hubbard<br>282 Prescott Terrace<br>Prospect Park, NJ 07508 |

Social Security No.:
  xxx−xx−2964                                                     xxx−xx−6813

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on February 4, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 4, 2020
JAN: slm

                                                                                            Jeanne Naughton
                                                                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                            Case No. 19-23278-RG
Fordyce Hubbard, Jr.                                              Chapter 13
Lois Hubbard
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2         Date Rcvd: Feb 04, 2020
                              Form ID: 148               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db/jdb         +Fordyce Hubbard, Jr.,    Lois Hubbard,    282 Prescott Terrace,    Prospect Park, NJ 07508-2227
cr             +AIS Portfolio Services, LP Attn: BMW Bank of North,     4515 N Santa Fe Ave., Dept APS,
                 Oklahoma City, OK 73118-7901
518340869      +AMITY FUNDING,,    C/O ZENRESOLVE,,    4720 E. COTTON GIN LOOP,    PHOENIX, AZ 85040-4823
518452255       Emergency Care Services of PA,    PO Box 1123,    Minneapolis, MN 55440-1123
518340881       MACY'S,    PO BOX 8218,    Monroe, OH 45050
518340884      +PSE&G,    PO BOX 14444,    New Brunswick, NJ 08906-4444
518423704       Pendrick Capital Partners II, LLC,     Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX  75014-1419
518340885      +QUICKEN LOANS,    C/O PHELAN HALLINAN DIAMOND AND JONE,     1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
518418191       Resurgent Capital Services as agent for Via Novus,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518340886      +STATE OF NEW JERSEY,    DEPARTMENT OF TREASURY,    PIONEER CREDIT RECOVERY,    PO BOX 1018,
                 MOORESTOWN, NJ 08057-0018
518566558     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518340889      +SYNCHRONY BANK,    C/O MIDLAND FUNDING LLC,    320 EAST BIG BEAVER,    TROY, MI 48083-1238
518340888      +SYNCHRONY BANK,    C/O MIDLAND CREDIT MANAGEMENT,    PO BOX 51319,    LOS ANGELES, CA 90051-5619
518429293      +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
518340892      +VERIZON,    C/O PROFESSIONAL BUREAU,    5295 DTC PARKWAY,    ENGLEWOOD, CO 80111-2752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2020 23:45:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 23:45:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Feb 05 2020 04:03:00      AIS Portfolio Services, LP Attn: BMW Financial Ser,
                 4515 N Santa F Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr             +EDI: RMSC.COM Feb 05 2020 04:03:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518340870      +EDI: DCI.COM Feb 05 2020 04:08:00      AT&T,   C/O DIVERSIFIED CONSULTANTS,    PO BOX 551268,
                 Jacksonville, FL 32255-1268
518441741      +EDI: CINGMIDLAND.COM Feb 05 2020 04:08:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518340871      +EDI: FSAE.COM Feb 05 2020 04:08:00      BMW FINANCIAL SERVICES,    C/O FIRST SOURCE ADVANTAGE,
                 PO BOX 628,    BUFFALO, NY 14240-0628
518371596       EDI: BMW.COM Feb 05 2020 04:03:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH  43016
518348574      +EDI: AISACG.COM Feb 05 2020 04:03:00      BMW Financial Services NA, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518340872      +EDI: CAPITALONE.COM Feb 05 2020 04:03:00      CAPITAL ONE,    PO BOX 71083,
                 Charlotte, NC 28272-1083
518340873      +EDI: CAPITALONE.COM Feb 05 2020 04:03:00      CAPITAL ONE BANK,    PO BOX 30281,
                 Salt Lake City, UT 84130-0281
518340874      +E-mail/Text: bankruptcydept@wyn.com Feb 04 2020 23:46:16      CLUB WYNDHAM,    PO BOX 340090,
                 Boston, MA 02241-0490
518340875      +EDI: PRA.COM Feb 05 2020 04:03:00      COMENITY BANK,    C/O PORTFOLIO RECOVERY,
                 120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
518340876      +EDI: PRA.COM Feb 05 2020 04:03:00      COMMENITY BANK,    C/O PORTFOLIO RECOVERY,
                 120 CORPORATE BLVD SUITE 100,    NORFOLK, VA 23502-4952
518340877      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 04 2020 23:41:45      CREDIT ONE BANK,
                 PO BOX 98872,    Las Vegas, NV 89193-8872
518356205      +EDI: AIS.COM Feb 05 2020 04:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518441978       EDI: BL-BECKET.COM Feb 05 2020 04:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518458022       EDI: Q3G.COM Feb 05 2020 04:03:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA  98083-0657
518340878      +EDI: CCS.COM Feb 05 2020 04:08:00      GEICO,   C/O CCS,    PO BOX 55126,
                 Boston, MA 02205-5126
518340879      +E-mail/Text: bncnotices@becket-lee.com Feb 04 2020 23:44:58      KOHL,    PO BOX 3115,
                 Milwaukee, WI 53201-3115
518340880      +E-mail/Text: bncnotices@becket-lee.com Feb 04 2020 23:44:58      KOHLS,    PO BOX 3115,
                 Milwaukee,  WI 53201-3115
518454728      +EDI: MID8.COM Feb 05 2020 04:03:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
518340882      +EDI: RMCB.COM Feb 05 2020 04:03:00      NEW JERSEY E-ZPASS,    C/O RMCB,    PO BOX 1235,
                 Elmsford, NY 10523-0935
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Feb 04, 2020
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518340883      +E-mail/Text: bnc@nordstrom.com Feb 04 2020 23:45:04      NORDSTROM,   13531 E. CALEY AVE,
                Englewood, CO 80111-6505
518453134       EDI: PRA.COM Feb 05 2020 04:03:00      Portfolio Recovery Associates, LLC,   c/o Brylane Home,
                POB 41067,   Norfolk VA 23541
518453133       EDI: PRA.COM Feb 05 2020 04:03:00      Portfolio Recovery Associates, LLC,
                c/o Comenity Capital Bank,   POB 41067,   Norfolk VA 23541
518453135       EDI: PRA.COM Feb 05 2020 04:03:00      Portfolio Recovery Associates, LLC,   c/o Wal-mart,
                POB 41067,   Norfolk VA 23541
518383358      +E-mail/Text: bankruptcyteam@quickenloans.com Feb 04 2020 23:46:11      Quicken Loans Inc.,
                635 Woodward Avenue,   Detroit, MI 48226-3408
518340887      +EDI: CBS7AVE Feb 05 2020 04:08:00      SWISS COLONY,   1515 S. 21ST,   Clinton, IA 52732-6676
518342517      +EDI: RMSC.COM Feb 05 2020 04:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518340890      +EDI: WTRRNBANK.COM Feb 05 2020 04:03:00      TARGET,   PO BOX 1470,
                Minneapolis,  MN 55440-1470
518340891       EDI: TFSR.COM Feb 05 2020 04:03:00      TOYOTA MOTOR CREDIT CORP,   5005 N. RIVER BLVD NE,
                CEDAR RAPIDS, IA  52411
518449867      +EDI: AIS.COM Feb 05 2020 04:08:00      Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518348575*     +BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
518443632*      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
```
          David J. Finkler    on behalf of Debtor Fordyce  Hubbard, Jr. DFinkler.LawDJF@verizon.net,
           finklerdr93613@notify.bestcase.com
          David J. Finkler    on behalf of Joint Debtor Lois  Hubbard DFinkler.LawDJF@verizon.net,
           finklerdr93613@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```