Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−23278−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fordyce Hubbard Jr. | Lois Hubbard |
| 282 Prescott Terrace | 282 Prescott Terrace |
| Prospect Park, NJ 07508 | Prospect Park, NJ 07508 |

Social Security No.:
  xxx−xx−2964                                   xxx−xx−6813

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 8, 2020</u>             <u>Rosemary Gambardella</u>
                                      Judge, United States Bankruptcy Court